Case 7:21-cr-01523 Document 69 Filed on 06/28/22 in TXSD Page 1 of 4

65

United States District Court
Southern District of Texas
FILED

JUN 28 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § Criminal No. M-21-1523-S1 § |
| EDUARDO JAVIER GOMEZ MARGARITA ALVAREZ | § § § |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

Between on or about June 24, 2021, and continuing until on or about July 8, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**EDUARDO JAVIER GOMEZ
and
MARGARITA ALVAREZ**

did knowingly provide and obtain the labor and services of Luz Marisela Fernandez Juarez by means of force, threats of force, physical restraint, the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Luz Marisela Fernandez Juarez to believe that, if she did not perform such labor and services, that she would suffer serious harm or physical restraint, which offense included kidnapping.

In violation of Title 18, United States Code, Sections 1589(a) and 2.

### Count Two

Between on or about June 24, 2021, and continuing until on or about July 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly provide and obtain the labor and services of Juan Carlos Antonio Zamora by means of force, threats of force, physical restraint, the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Juan Carlos Antonio Zamora to believe that, if he did not perform such labor and services, that he would suffer serious harm or physical restraint, which offense included kidnapping.

In violation of Title 18, United States Code, Section 1589(a).

### Count Three

Between on or about June 24, 2021, and continuing until on or about July 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly provide and obtain the labor and services of Roger Zamora Juarez by means of force, threats of force, physical restraint, the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Roger Zamora Juarez to believe that, if he did not perform such labor and services, that he would suffer serious harm or physical restraint, which offense included kidnapping.

In violation of Title 18, United States Code, Section 1589(a).

### Count Four

Between on or about June 24, 2021, and continuing until on or about July 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly benefit, financially or by receiving things of value, from participation in a venture that engaged in the providing or obtaining the labor and services of Juan Carlos Antonio Zamora, by means of force, threats of force and physical restraint, the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Juan Carlos

Antonio Zamora to believe that, if he did not perform such labor and services, that he would suffer serious harm or physical restraint, which offense included kidnapping.

In violation of Title 18, United States Code, Section 1589(b).

## Count Five

Between on or about June 24, 2021, and continuing until on or about July 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly benefit, financially or by receiving things of value, from participation in a venture that engaged in the providing and obtaining the labor and services of Roger Zamora Juarez, by means of force, threats of force and physical restraint, the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Roger Zamora Juarez to believe that, if he did not perform such labor and services, that he would suffer serious harm or physical restraint, which offense included kidnapping.

In violation of Title 18, United States Code, Section 1589(b).

## Count Six

Between on or about June 24, 2021, and continuing until about July 8, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARGARITA ALVAREZ**

did knowingly benefit, financially and by receiving things of value, from participation in a venture that engaged in the providing and obtaining the labor and services of Luz Marisela Fernandez Juarez, by means of force, threats of force and physical restraint, the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Luz Marisela Fernandez Juarez to believe that, if she did not perform such labor and services, that she would suffer serious harm or physical restraint, knowing or in reckless disregard of the fact that the

venture had engaged in the providing and obtaining of labor and services of Luz Marisela Fernandez Juarez by any of the means described above.

In violation of Title 18, United States Code, Section 1589(b) and 2.

### Count Seven

Between on or about June 24, 2021, and continuing until on or about July 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly and intentionally seize, detain, and threaten to kill, injure, or continue to detain Luz Marisela Fernandez Juarez, Roger Zamora Juarez, and Juan Carlos Antonio Zamora, in order to compel a third person to do an act, namely, to pay money as an explicit or implicit condition for the release of the persons detained.

In violation of Title 18, United States Code, Section 1203(a).

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY