U.S. Department of Justice  
Washington, D.C.  
7/9/2021/pg

Criminal Docket

M-21-1518-M

__McALLEN__ Division     CR. No. __M-21-1523-S__

**Sealed Indictment filed: July 27, 2021**  
**SUPERSEDING INDICTMENT** Filed: June 28, 2022   Judge: __RICARDO H. HINOJOSA__

County: Hidalgo  
Lions #: **2021R05650**

Attorneys:

UNITED STATES OF AMERICA     JENNIFER B. LOWERY, U.S. ATTORNEY

v.     ELIZA CARMEN RODRIGUEZ, ASST. U.S. ATTORNEY

__EDUARDO JAVIER GOMEZ__     Cts. 1-5 & 7     Oscar Alvarez, Ret'd, (956) 686-6330  
*Custody: 07/08/2021*  
__MARGARITA ALVAREZ__     Cts. 1&6:    Rene Orlando Garza, Apt'd (956) 844-1898  
*Bond 8/26/2021: $50,000 w/$1,000 deposit*

Charge(s):

| | | |
|---|---|---|
| | Ct. 1: | Providing and obtaining forced labor. |
| | | Title 18, United States Code, Sections 1589(a) and 2. |
| | Cts. 2&3: | Providing and obtaining forced labor. |
| | | Title 18, United States Code, Section 1589(a). |
| | Cts. 4&5: | Benefitting from forced labor. |
| | | Title 18, United States Code, Section 1589(b). |
| | Ct. 6: | Benefitting from forced labor. |
| | | Title 18, United States Code, Section 1589(b) and 2. |
| | Cts. 7: | Hostage taking. |
| | | Title 18, United States Code, Section 1203(a) |

Total Counts  
**(7)**

Penalty:    Cts. 1-5 & 7:   Imprisonment for any term of years or Life and/or a fine not to exceed $250,000 and not more than a 5 yr. SRT (as to each count)  
Ct. 6:    Imprisonment for not more than 20 years and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:    Homeland Security Investigations - Cordero B. Contreras   MC15IR21MC0001

Proceedings

Date