## UNITED STATES OF AMERICA
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 7:21-cr-01523-2 |
| | § | |
| MARGARITA ALVAREZ | § | |

## NOTICE OF INTENT TO PLEAD GUILTY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant MARGARITA ALVAREZ, through her attorney of record, PALOMA BARREIRO and hereby gives notice of her intent to plea guilty to the indictment in this cause.

Respectfully Submitted,

PALOMA BARREIRO

By: /s/ Paloma Barreiro
PALOMA BARREIRO
Texas Bar No. 24096345
Federal ID No. 3437063
Email: barreirolaw@aol.com
204 East Cano Street, Suite 2107
Edinburg, Texas 78539
Tel. (956) 682-2431
Fax. (956) 223-4399

## CERTIFICATE OF SERVICE

    I, PALOMA Barreiro, hereby certify that a true and correct copy of the foregoing Notice of Intent to Plea, was forwarded to opposing counsel listed below, on <u>September 6, 2022.</u>

Eliza Rodriguez
UNITED STATES ATTORNEY'S OFFICE

 

_____
PALOMA BARREIRO